IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | * | Chapter 13 |
| | * | |
| Andrew Dee Sims | * | |
| Christine Ann Sims | * | |
| | * | |
| Debtors | * | Bankruptcy No. 16-30865 |

AMENDED
CHAPTER 13 PLAN

Attached hereto and made a part hereof is the Debtors' Amended CHAPTER 13 PLAN, where the 2015 Ford Focus is owed to Ford Motor Credit and is being paid outside the plan.

DATED this the ___14___ day of ___June___, 2016.

Respectfully submitted,

_____
Andrew Dee Sims

_____
Christine Ann Sims

_____
EDGAR J. BORREGO, SBN 00787107
MIGUEL A. FLORES, SBN 24036574
MARISSA A. MARTINEZ, SBN 24087985
Attorneys for Debtors
2610 Montana Avenue
El Paso, TX 79903
(915) 566-4300
efile@tanzyborrego.com

CERTIFICATE OF SERVICE

I hereby certify that I have mailed/delivered a true and correct copy of the foregoing instrument via electronic means as listed on the court's ECF noticing system or by regular first class mail to all on the attached matrix on this the ___14___ day of ___June___, 2016.

_____
EDGAR J. BORREGO/MIGUEL A. FLORES/MARISSA A. MARTINEZ

Label Matrix for local noticing
0542-3
Case 16-30865-hcm
Western District of Texas
El Paso
Wed Jun 8 17:14:03 CDT 2016

U.S. BANKRUPTCY COURT
511 E. San Antonio Ave., Rm. 444
EL PASO, TX 79901-2415

Amazon
Attn: Bankruptcy
P.O. Box 965060
Orlando, FL 32896-5060

Army Emergency Loan
200 Stovall Street
Alexandria, VA 22332-0600

Attorney General
10th & Constitution N.W.
Main Justice Bldg. #5111
Washington, DC 20530-0001

Best Buy
Attn: Inquiries
P.O. Box 790441
Saint Louis, MO 63179-0441

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Carol Wright
Shop Now Pay Plan
PO BOX 2852
Monroe, WI 53566-8052

Citibank
P.O. Box 6500
Sioux Falls, SD 57117-6500

Compass Bank
P.O. Box 10566
Birmingham, AL 35296-0001

Conns
Bankruptcy Dept.
P.O. Box 965061
Orlando, FL 32896-5061

Continental Finance Co.
P.O. Box 30034
Tampa, FL 33630-3034

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

FHA/HUD
451 7th Street S.W.
Washington, DC 20410-0001

Fingerhut Corporation
6250 Ridgewood Rd.
Saint Cloud, MN 56395-2001

First Light FCU
P.O. Box 24901
El Paso, TX 79914-9001

First Savings Credit Card
P.O. Box 5019
Sioux Falls, SD 57117-5019

GE Capital
Attn: Bankruptcy Dept.
P.O. Box 103106
Roswell, GA 30076-9106

Internal Revenue Service
Special Procedures Staff - Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Kohl's
P.O. Box 3043
Milwaukee, WI 53201-3043

Lowe's/Syncb
P.O. Box 965060
Orlando, FL 32896-5060

Mason
P.O. Box 77001
Madison, WI 53707-1001

Merrick Bank
P.O. Box 9201
Old Bethpage, NY 11804-9001

Military Star
P.O. Box 830031
Baltimore, MD 21283-0031

Military Star Card
P.O. Box 830031
Baltimore, MD 21283-0031

Omni
P.O. Box 1813
New Rochelle, NY 10802-1813

Pioneer Bank
P.O. Box 4020
Roswell, NM 88202-4020

Regional Finance
8720 Alameda Ave.
Suite A
El Paso, TX 79907-6275

Sam's Club/Syncb
Attn: Bankruptcy Dept.
P.O. Box 965060
Orlando, FL 32896-5060

Seventh Avenue  
1112 7th Avenue  
Monroe, WI 53566-1364

Southwest Chase  
P.O. Box 15298  
Wilmington, DE 19850-5298

Student Loan Servicing  
P.O. Box 828462  
Philadelphia, PA 19182-8462

Tax Assessor/Collector  
P.O. Box 2992  
El Paso, TX 79999-2992

U.S. Attorney/FHA/HUD/IRS/VA  
601 N.W. Loop 410  
Suite 600  
San Antonio, TX 78216-5512

United States Trustee - EP12  
U.S. Trustee's Office  
615 E. Houston, Suite 533  
P.O. Box 1539  
San Antonio, TX 78295-1539

Veterans Administration  
Attn: Support Services Division (243)  
701 Clay Avenue  
Waco, TX 76799-0001

Wal-Mart/Syncb  
Attn: Bankruptcy Department  
P.O. Box 965060  
Orlando, FL 32896-5060

Wells Fargo Home Mortgage  
P.O. Box 191950  
San Francisco, CA 94119-1950

White Sands Credit Union  
Credit Card Center  
P.O. Box 815909  
Dallas, TX 75381-5909

Andrew Dee Sims  
11344 HP Martinez  
El Paso, TX 79934-3808

Christine Ann Sims  
11344 HP Martinez  
El Paso, TX 79934-3808

Edgar J. Borrego  
Tanzy & Borrego Law Offices  
2610 Montana Ave.  
El Paso, TX 79903-3712

Stuart C. Cox  
El Paso Chapter 13 Trustee  
1760 N. Lee Trevino Dr.  
El Paso, TX 79936-4565

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover  
Attn: Inquiries  
P.O. Box 30943  
Salt Lake City, UT 84130-0943

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Aaron Elliott

(u)David McAffee

End of Label Matrix  
Mailable recipients    43  
Bypassed recipients     2  
Total                  45

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | | |
|---|---|---|---|
| IN RE: | Andrew Dee Sims | * | |
| | Christine Ann Sims | * | Case No. 16-30865 |
| | | * | |
| | Debtor(s) | * | Chapter 13 Proceeding |

### ☒AMENDED ☐MODIFIED
### DEBTOR(S) CHAPTER 13 PLAN
### AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Creditors are hereby notified that the following Plan may be amended at any time before confirmation. Any amendment may affect your status as a creditor. The Debtor(s) estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change. The following information advises creditors of the status of the case based on the information known at the time of its preparation. Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. More detailed information is on file at the Office of the United States Bankruptcy Clerk in El Paso or Waco, Texas. Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscourts.gov.*

*Use of the singular word "Debtor" in this plan includes the plural where appropriate.*

### Plan Summary

A. The Debtor(s) plan payment will be __$3,800.00__ per month, paid by ☐ Pay Order or ☒ Direct Pay, for __60__ months. The gross amount to be paid into the Plan is __$228,000.00__.

B. The Plan proposes to pay all allowed priority claims in full, all secured claims to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI below, and approximately 100 % of each unsecured allowed claim.

THIS PLAN DOES NOT ALLOW CLAIMS. YOU MUST FILE A PROOF OF CLAIM BY THE APPLICABLE DEADLINE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED. CREDITORS ARE REFERRED TO THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, THE LOCAL BANKRUPTCY RULES FOR THE WESTERN DISTRICT OF TEXAS, AND THE APPLICABLE STANDING ORDER RELATING TO CHAPTER 13 CASE ADMINISTRATION FOR THIS DIVISION, FOR INFORMATION ON THESE AND OTHER DEADLINES.

C. The value of the Debtor(s) non-exempt assets is __$978.00__.

D. If the payment of any debt is proposed to be paid directly by the Debtor(s) outside the Plan, it is so noted in Section VI(1), set forth below.

## Plan Provisions

### I. Vesting of Estate Property

☐ Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

☒ Upon confirmation of the Plan, all property of the estate shall not vest in the Debtor, but shall remain as property of the estate.

☐ Other (describe):

### II. Pre-Confirmation Disbursements

In accordance with the applicable Standing Order Relating to Chapter 13 Case Administration, the Debtor requests and consents to disbursement by the Chapter 13 Trustee of payments prior to confirmation of the Plan to evidence the Debtor(s) good faith, promote successful completion of the case, and to provide adequate protection to secured creditors. The Debtor shall remit such payments to the Trustee commencing 15 days after the filing of the petition. Provided all conditions for disbursement are met and unless otherwise ordered by the Court, the Trustee shall begin disbursing to creditors as provided below, on the first regularly scheduled disbursement after 30 days after the petition is filed. Payments under this paragraph will cease upon confirmation of the Plan.

| Creditor/Collateral | Pre-Confirmation Payment Amount | Other Treatment Remarks |
|---|---|---|
|  |  |  |

### III. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. § 1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to **assume** the following executory contracts, unexpired leases, and/or contracts for deed, if any:

* Aaron Elliott
* David McAffee

Pursuant to 11 U.S.C. § 1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to **reject** the following executory contracts, unexpired leases, and/or contracts for deed, if any:

- NONE -

### IV. Motion to Value Collateral Pursuant to 11 U.S.C. § 506

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI(2), hereof, plus interest thereon at the rate specified in this Plan. Except for secured claims for which provision is made to pay the full amount of the claim not withstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section VI(2)(F).

The Debtor(s) move(s) to value the collateral described below in the amounts indicated. The values as stated below represent the replacement values of the assets held for collateral, as required under Section 506(a)(2). Objections to valuation of collateral proposed by this Motion and Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely response or objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| Creditor/Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/ Remarks |
|---|---|---|---|---|---|---|
| Best Buy Dyson Vacuum | $745.00 | $600.00 | Pro-rata, estimated payment to be $27.94 | 5.5% | $600.00 | Condition is Fair, Date of purchase is 2014 |

| Conns Living Room Set | $3,020.15 | $1,100.00 | Pro-rata, estimated payment to be $51.23 | 5.5% | $1,100.00 | Condition is Good, Date of purchase is 2014 |
| Conns TV, Refrigerator | $6,656.09 | $6,500.00 | Pro-rata, estimated payment to be $302.70 | 5.5% | $6,500.00 | Condition is Good, Date of purchase is 2014 |
| Conns Washer, Dryer, Dining Table | $2,487.30 | $3,500.00 | Pro-rata, estimated payment to be $115.83 | 5.5% | $2,487.30 | Condition is Good, Date of purchase is 2014 |
| White Sands Credit Union 2014 GMC Acadia | $50,735.38 | $36,525.00 | Pro-rata, estimated payment to be $1,700.97 | 5.5% | $36,525.00 | Condition is Good, Date of purchase is 12/2003 |

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on ___6/13___, 2016.

_____        _____
Debtor  Andrew Dee Sims                          Co-Debtor  Christine Ann Sims

### V. Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)

The Bankruptcy Code allows certain liens to be avoided. If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section VI(2)(F).

The Debtor moves to avoid the following liens that impair exemptions. Objections to lien avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If not timely objection is filed, the relief requested maybe granted in conjunction with confirmation of the Plan. (Debtor must list the specific exempt property that the lien impairs and the basis of the lien (e.g., judicial lien, nonpurchase-money security interest, etc.)

| Creditor | Property Subject to Lien | Amount of Lien to Be Avoided | Remarks |
|---|---|---|---|
| - NONE - | | | |

### VI. Specific Treatment for Payment of Allowed Claims

#### 1. PAYMENTS TO BE MADE BY THE DEBTOR DIRECTLY TO CREDITORS, INCLUDING POST-PETITION DOMESTIC SUPPORT OBLIGATIONS

A. Debtor(s) shall pay the following creditors directly. Creditors with claims based on a post-petition domestic support obligation ("DSO"), including all governmental units to which a DSO claim has been assigned, or is owed, or that may otherwise recover a DSO claim, must be paid directly. Minors should be identified by their initials only. If no DSO creditor is listed, the Debtor represents he/she has no domestic support obligation.

All direct payments listed below shall be made in addition to the Plan payments made by Debtor to the Chapter 13 Trustee as herein set forth. Secured creditors who are paid directly shall retain their liens, and the Debtor(s) shall maintain insurance on the collateral, in accordance with the terms of the documents creating the lien on the collateral.

| Creditor/Collateral, if any (including the name of each DSO creditor) | Remarks | Debt Amount | Payment Amount/Interval |
|---|---|---|---|
| Ford Motor Credit 2015 Ford Focus | 0% Interest | $26,345.00 | $424.00/month |
| Tax Assessor/Collector 5380 Jose Duran El Paso, TX 79934 El Paso County | Property Taxes to be paid by Escrow | $0.00 | $0.00/month |
| Wells Fargo Home Mortgage 5380 Jose Duran El Paso, TX 79934 El Paso County | To be Paid Outside the Plan | $155,000.00 | $2,000.00/month |

B. Debtor surrenders the following collateral. Confirmation of the Plan shall operate to lift the automatic stay provided by 11 U.S.C. § 362(a) with respect to the collateral listed, and any unsecured deficiency claim may be filed in accordance with the procedures set forth in the Standing Order Relating to Chapter 13 Case Administration for this Division.

| Creditor/Collateral | Collateral to Be Surrendered |
|---|---|
| First Light FCU | 2014 Buick Regal |
| White Sands Credit Union | Coachman Pursuit |

## 2. PAYMENTS TO BE MADE BY TRUSTEE TO CREDITORS

A. Administrative Expenses

Administrative Expenses shall include the Trustee's commission and debtor(s) attorney's fees. The Trustee shall receive up to 10% of all sums disbursed, except on any funds returned to the Debtor. No fees or expenses of counsel for the debtor(s) may be paid until the filing fee is paid in full, and any fees and expenses that are allowed in addition to the fees and expenses originally agreed to be paid, may be paid only after all prior allowed fees and expenses have been paid.

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured creditors | Remarks |
|---|---|---|---|
| Tanzy & Borrego Law Offices | $3,600.00 | Along With | The trustee shall make distribution of the base fee awarded in the confirmation order equal to one month's plan payment for up to the first four months of the term of the plan. The remainder of the base fee due the attorney (if any) shall be paid at the rate of $100 a month until paid in full. |

B. Priority Claims, Including Domestic Support Obligation Arrearage Claims

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured creditors | Remarks |
|---|---|---|---|
| - NONE - | | | |

C. Arrearage Claims

| Creditor/Collateral | Estimated Claim | Estimated Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/ Remarks |
|---|---|---|---|---|---|---|
| - NONE - | | | | | | |

D. Cure Claims on Assumed Contracts, Leases, and Contracts for Deed:

| Creditor/Subject Property, if any | Estimated Amount of Cure Claim | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|
| - NONE - | | | |

E. Secured Creditors

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the date the underlying debt, as determined under non-bankruptcy law, has been paid in full, or the date of discharge under 11 U.S.C. § 1328. Therefore, if the debtor's case is dismissed or converted without completion of all Plan payments, the liens shall be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

| Creditor/ Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/ Remarks (specifically note if claim amount to be paid although greater than value of collateral) |
|---|---|---|---|---|---|---|
| Best Buy Dyson Vacuum | $745.00 | $600.00 | Pro-rata, estimated payment to be $27.94 | 5.5% | $600.00 | |
| Citibank Dining Table | $826.25 | $1,600.00 | Pro-rata, estimated payment to be $38.48 | 5.5% | $826.25 | Fully Secured |
| Conns Living Room Set | $3,020.15 | $1,100.00 | Pro-rata, estimated payment to be $51.23 | 5.5% | $1,100.00 | |
| Conns TV, Refrigerator | $6,656.09 | $6,500.00 | Pro-rata, estimated payment to be $302.70 | 5.5% | $6,500.00 | |
| Conns Washer, Dryer, Dining Table | $2,487.30 | $3,500.00 | Pro-rata, estimated payment to be $115.83 | 5.5% | $2,487.30 | |
| GE Capital Bedroom Set | $2,000.00 | $2,000.00 | Pro-rata, estimated payment to be $93.14 | 5.5% | $2,000.00 | Fully Secured |
| Regional Finance Bedroom Set | $3,000.00 | $3,000.00 | Pro-rata, estimated payment to be $139.71 | 5.5% | $3,000.00 | Fully Secured |
| White Sands Credit Union 2014 GMC Acadia | $50,735.38 | $36,525.00 | Pro-rata, estimated payment to be $1,700.97 | 5.5% | $36,525.00 | |

F. General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed). *Describe treatment for the class of general unsecured creditors.*

| Creditor | Claim Amount | Remarks |
|---|---|---|

| Amazon | $426.52 | |
|---|---|---|
| Army Emergency Loan | $946.00 | |
| Attorney General | $0.00 | |
| *Best Buy | $145.00 | |
| Capital One | $460.92 | |
| Carol Wright | $172.18 | |
| Compass Bank | $8,150.00 | |
| *Conns | $1,920.15 | |
| *Conns | $156.09 | |
| Continental Finance Co. | $350.00 | |
| Credit One Bank | $516.79 | |
| Discover | $1,195.86 | |
| Fingerhut Corporation | $1,201.38 | |
| First Light FCU | $15,106.01 | |
| First Savings Credit Card | $439.10 | |
| Kohl's | $250.00 | |
| Lowe's/Syncb | $3,085.25 | |
| Mason | $300.00 | |
| Merrick Bank | $1,390.82 | |
| Military Star | $2,963.46 | |
| Military Star Card | $8,292.41 | |
| Omni | $7,075.00 | |
| Pioneer Bank | $5,633.00 | |
| Sam's Club/Syncb | $1,629.31 | |
| Seventh Avenue | $810.34 | |
| Southwest Chase | $7,118.01 | |
| Student Loan Servicing | $650.00 | |
| Wal-Mart/Syncb | $2,983.38 | |
| Wal-Mart/Syncb | $232.61 | |
| *White Sands Credit Union | $14,210.38 | |

* Indicates the unsecured portion of a Secured Claim, the nonpriority portion of a Priority Claim, or the full amount of an avoided Secured Claim.

**Totals:**

Administrative Claims $3,600.00
Priority Claims $0.00
Arrearage Claims $0.00
Cure Claims $0.00
Secured Claims $53,038.55
Unsecured Claims $87,809.97

## VII. Supplemental Plan Provisions

The following are the Supplemental Plan Provisions:

1. Unless the plan is a full pay plan, all of the debtor's projected disposable income to be received in the three-year period for under median income Debtors or five years for over median income Debtors beginning on the date that the first payment is due under the plan will be applied to make payments under the plan.

2. If any secured proof of claim is filed for a debt that was either not listed or listed as unsecured, the claim shall be allowed as secured unless it is objected to. Said claim shall be paid under the plan at 6% interest. Likewise, if any priority proof of claim is filed for a debt that was either not listed or listed as unsecured, the claim shall be allowed as priority unless it is objected to. Said priority claim shall not be paid with any interest.

3. If a creditor is listed as secured and scheduled to receive pre-confirmation disbursements and post-confirmation payments along with the other secured creditors, but such creditor subsequently files an unsecured claim, then the creditor will not receive any pre-confirmation disbursements and

upon confirmation will be paid along with the other unsecured creditors pursuant to the terms of the plan. The funds that were allocated to such creditor as a pre-confirmation disbursement, if any, will be distributed on a pro-rata basis to the other secured creditors. Similarly, the funds scheduled to be received by such creditor along with other secured creditors upon confirmation will also be distributed to the other secured creditors on a pro-rata basis.

4. The Debtor shall pay into the Plan for the payment of creditors a full payment within 30 days of filing this Plan or petition and each subsequent payment on the same day of each month thereafter for the duration of the Plan.

5. SHELTER: Any unscheduled arrearage claim on the Debtor's Mortgage, including any Bankruptcy fees, shall be paid under the plan.

6. TAX CLAIMS: Notwithstanding paragraph 2, any unscheduled secured claim filed by any taxing authority shall be paid under the plan with the interest rate specified on the face of the claim.

7. EARLY COMPLETION: Under median income debtors that have been under the plan for at least 36 months shall receive a discharge at any time once the plan base is paid off.

8. VALUATION OF COLLATERAL: CREDITORS SHALL TAKE NOTICE THAT A VALUE DETERMINATION OF THE CREDITOR'S COLLATERAL SHALL BE MADE AT THE CONFIRMATION HEARING. NOTICE OF RES JUDICATA EFFECT OF THE CONFIRMATION ORDER. The value of collateral as provided for in the debtor(s) schedules and plan shall be the value determination made by the Court by confirmation of the plan, unless a timely objection to confirmation is filed by the creditor. The objection must specifically object to the proposed valuation and request a hearing thereon. Any objection to valuation will be heard at the confirmation hearing, and no plan will be confirmed until the valuation objection is resolved. The confirmation order shall result in res judicata of all valuation issues. Should the creditor file a proof of claim which asserts a collateral valuation that differs from the debtor(s) valuation, but fails to object to the confirmation of debtor(s) plan, such creditor's valuation shall be void as set out in this paragraph.

9. SURRENDER COLLATERAL: In the event any collateral securing a claim is subsequently surrendered, either before or after confirmation, the creditor will then have 120 days from the date of surrender to amend their claim for any unsecured deficiency amount, if any. In the event that the creditor does not amend their claim, it is assumed that the claim has been satisfied in full by the surrender, and the trustee shall not disburse any further payment to such creditor and any deficiency shall be discharged upon completion of the case.

10. Duly filed and allowed unsecured claims shall receive a pro-rata distribution after payment of all Priority, Secured and administrative expenses. If unsecured claims will not be paid in full, neither payments nor duration of the Plan will be increased merely because the Plan projected a higher percentage payout based upon information available to the Debtor at the time the Plan was filed. The percentage payout to general unsecured creditors is just an estimate and the actual payout may differ based on claims actually filed. Any balance remaining on dischargeable unsecured claims after the payments provided for herein, shall be discharged.

11. Creditors holding claims against the Debtor's real estate which are being treated pursuant to 11 U.S.C. 1322(b)(5) may send monthly billing statements to the Debtor, but may not seek payment directly from the Debtor for any pre-petition claim.

Respectfully submitted this 15 day of June, 2016.

_____
Attorney for Debtor
Edgar Borrego 00787107
Miguel Flores 24036574
Marissa A. Martinez 24087985

2610 Montana Avenue
El Paso, TX 79903
(915) 566-4300
Fax: (915) 566-4122

_____
Debtor **Andrew Dee Sims**
11344 HP Martinez
El Paso, TX 79934

_____
Co-Debtor **Christine Ann Sims**
11344 HP Martinez
El Paso, TX 79934